## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| CHERIE COIS, et al. | * | |
| Plaintiffs | * | |
| v. | * | Case No. MJG-02-CV-2372<br>Judge Marvin J. Garbis |
| RAVI YALAMANCHILI, M.D., et al. | * | |
| Defendant | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### JOINT MOTION TO EXTEND DISCOVERY DEADLINES

The parties, by their respective undersigned counsel have stipulated and agreed to extend the discovery deadlines and request this Court to approve the Stipulation as follows:

| | |
|---|---|
| Moving of joinder of Additional Parties and Amendment of Pleadings | 02/02/03 |
| Plaintiff's Rule 26(a)(2) disclosures re: experts | 02/17/03 |
| Defendant's Rule 26(a)(2) disclosures re: experts | 03/17/03 |
| Plaintiff's Rebuttal Rule 26(a)(2) disclosures re: experts | 03/31/03 |
| Discovery Deadline; Submission of Status Report | 05/01/03 |
| Requests for Admission | 05/08/03 |
| Dispositive Pretrial Motions Deadline | 06/02/03 |



_____
Martin Trpis (by CWV)
ASHCRAFT & GEREL
2000 L Street, NW
Suite 400
Washington, DC 20036
(202) 783-6400
Attorney for Plaintiffs

_____
Conrad W. Varner
USDC/MD Bar #03562
VARNER & GOUNDRY
A Professional Corporation
30 West Patrick Street, Suite 700
Frederick, Maryland 21701
(301) 631-1800
Attorneys for Defendant,
Ravi Yalamanchili, M.D.

_____
M. Natalie McSherry, Esquire (by CWV)
Whiteford, Taylor & Preston, L.P.P.
First Union Tower, Suite 1400
Seven St. Paul Street
Baltimore, MD 21202-1626
(410) 347-9411
Attorneys for Defendant,
Frederick Memorial Hospital

Approved:

_____
Marvin J. Garbis
United States District Judge

2