IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CHERIE COIS, as the Personal Representative of the Estate of CHARLES E. DASHER, | : <br> : <br> : <br> : |
| Plaintiff, | : <br> : |
| v. | : Civil Action No.: MJG 02 CV 2372 |
| RAVI YALAMANCHILI, M.D. | : <br> : |
| and | : |
| FREDERICK MEMORIAL HOSPITAL | : <br> : |
| Defendants. | : |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The Parties herein, by their undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), hereby stipulate and agree that the above-captioned case is hereby *DISMISSED WITH PREJUDICE*, with each Party to bear its own costs and attorney's fees.

Respectfully submitted,

ASHCRAFT & GEREL, LLP

_____
Martin Trpis
2000 L Street, NW
Suite 400
Washington, D.C. 20036
Attorneys for Plaintiff

LAW OFFICES
ASHCRAFT & GEREL, LLP

SUITE 400
2000 L STREET, N.W.
WASHINGTON, D.C. 20036
202-783-6400
FAX: 202-416-6392

SUITE 650
4900 SEMINARY ROAD
ALEXANDRIA, VA 22311
703-931-5500
FAX 703-820-0630

SUITE 1002
ONE CENTRAL PLAZA
11300 ROCKVILLE PIKE
ROCKVILLE, MD 20852
301-770-3737
FAX 301-881-6132

SUITE 301
METRO 400 BUILDING
4301 GARDEN CITY DRIVE
LANDOVER, MD 20785
301-459-8400
FAX 301-459-1364

SUITE 1212
10 EAST BALTIMORE STREET
BALTIMORE, MD 21202
410-539-1122
FAX 410-547-1261

*Conrad W. Varner* (signature) by nj

Conrad W. Varner
VARNER & GOUNDRY
30 West Patrick Street, Suite 700
Frederick, Maryland 21701
Attorneys for Defendant
Ravi Yalamanchili, M.D.

*M. Natalie McSherry* (signature) by nj

M. Natalie McSherry
WHITEFORD, TAYLOR & PRESTON, L.L.P.
First Union Tower, Suite 1400
Seven St. Paul Street
Baltimore, Maryland 21202
Attorneys for Defendant
Frederick Memorial Hospital

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Stipulation of Dismissal With Prejudice was mailed, postage prepaid, this 17th day of December, 2002 to:

M. Natalie McSherry, Esq.
Whiteford, Taylor & Preston, LLP
Seven St. Paul Street, #1500
Baltimore, MD 21202-1626

Conrad W. Varner, Esq.
VARNER & GOUDRY, P.C.
30 West Patrick Street, #700
Frederick, MD 21701

_____
Martin Trpis

Approved this 15th day of March, 2002

_____
Marvin J. Garbis
United States District Judge

LAW OFFICES
ASHCRAFT & GEREL, LLP

SUITE 400
2000 L STREET, N.W.
WASHINGTON, D.C. 20036

202-783-6400
FAX: 202-416-6392

SUITE 650
4900 SEMINARY ROAD
ALEXANDRIA, VA 22311

703-931-5500
FAX: 703-820-0630

SUITE 1002
ONE CENTRAL PLAZA
11300 ROCKVILLE PIKE
ROCKVILLE, MD 20852

301-770-3737
FAX: 301-881-6132

SUITE 301
METRO 400 BUILDING
430 GARDEN CITY DRIVE
LANDOVER, MD 20785

301-459-8400
FAX: 301-459-1364

SUITE 1212
10 EAST BALTIMORE STREET
BALTIMORE, MD 21202

410-539-1122
FAX: 410-547-1261

2